Form 11-2

# United States Bankruptcy Court
# Northern District Of Illinois

EASTERN DIVISION

In re QCD Financial, LLC    )   Case No. 25-11551
                            )
                  Debtor*   )
                            )   Chapter    7
                            )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: QCD Financial, LLC

    A petition under title 11, United States Code was filed against you in this bankruptcy court on July 29, 2025 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Room 713
Chicago, IL 60604

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
David Paul Holtkamp
121 N. LaSalle St., Ste. 400
Chicago, IL 60602

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Room |
|---|---|
| 219 S. Dearborn St., Room 615<br>Chicago, IL 60602<br>Via Zoom: Meeting ID 160 731 2971 - Passcode 587656 | 615 |
| | Date & Time<br>Aug 29, 2025 at 11:00 am |

If you fail to respond to this summons, the order for relief will be entered.

Jeffrey P. Allsteadt  (Clerk of the Bankruptcy Court)

Date: 7/30/25    By: [signature] (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

In Re: QCD Financial, LLC          Case No: 25-11551

## CERTIFICATE OF SERVICE

I, __David Paul Holtkamp__ (name), certify that on __July 30, 2025__ (date), I served this summons and a copy of the involuntary petition on __QCD Financial, LLC__ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

Via U.S. Mail to:
Jim Mantas, Treasurer, QCD Financial, LLC, 15717 Shire Dr., Orland Park, IL 60457
Daria Balina, Manager, QCD Financial, LLC, 3 Grant Square #212, Hinsdale, IL, 60521

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 7/30/2025          Signature: /s/ David Paul Holtkamp

Print Name:          David Paul Holtkamp

Business Address:    121 N. LaSalle St., Ste. 400

                     Chicago, IL 60602