# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

---

Case Title: In re QCD Financial, LLC

Case Number: 25-bk-11551

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago

Attorney name (type or print): Laura Lefkow

Firm: City of Chicago Department of Law

Street address: 121 N. LaSalle St, Ste. 400

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6318160
(See item 3 in instructions)

Telephone Number: 312-742-0812

Email Address: laura.lefkow-hynes@cityofchicago.org

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/4/2025

Attorney signature: S/ Laura Lefkow
(Use electronic signature if the appearance form is filed electronically.)