# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **QCD Financial, LLC,** | Bankruptcy No. 25-11551 |
| Debtor. | Hon. Michael B. Slade |

## NOTICE OF MOTION

**Please take notice** that, on **Monday, July 6, 2026, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Michael B Slade, or any judge sitting in that judge's place, **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse **or** electronically as described below, and present the **Trustee's Application to Retain Peter N. Metrou and Metrou & Nemiroff, P.C. as Special Counsel effective March 11, 2026,** a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is **160 817 7512** and the password is **623389**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: June 23, 2026

**Ariane Holtschlag,** not individually but as the chapter 7 trustee for QCD Financial, LLC,

By: *<u>/s/ Ariane Holtschlag</u>*
One of Her Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**Paulsen & Holtschlag, LLC**
1245 S. Michigan, #115
Chicago, IL 60605
Tel: (773) 645-0737
Email: aholtschlag@ph-firm.com

## CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney,

☑ an attorney, certify

—or—

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on June 23, 2026.

*/s/ Ariane Holtschlag*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Elizabeth Conard | ELIZABETH.CONARD@CITYOFCHICAGO.ORG |
| David Paul Holtkamp | David.Holtkamp2@cityofchicago.org, maria.carandang@cityofchicago.org |
| Ariane Holtschlag | aholtschlag@ph-firm.com, aholtschlag_277@ecf.courtdrive.com;Holtschlag.Ari aneB138711@notify.bestcase.com |
| Ariane Holtschlag, trustee | aholtschlag@ph-firm.com, aholtschlag@ecf.axosfs.com;bkadmin@axosfs.com;ar iane.holtschlag@gmail.com |
| Laura Lefkow-Hynes | laura.lefkow-hynes@cityofchicago.org, COALservice@cityofchicago.org |
| Kristina Anne McClure | kristina.mcclure@cityofchicago.org |
| Saulius Modestas | smodestas@modestaslaw.com |
| Jeffrey K. Paulsen | jpaulsen@ph-firm.com, jpaulsen_418@ecf.courtdrive.com |

**Non-Registrants**
(Service via first-class U.S. Mail)

QCD Financial, LLC
3 Grant Square, #212
Hinsdale, IL 60521

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **QCD Financial, LLC,** | Bankruptcy No. 25-11551 |
| Debtor. | Hon. Michael B. Slade |

## TRUSTEE'S APPLICATION TO RETAIN PETER N. METROU AND METROU & NEMIROFF, P.C. AS SPECIAL COUNSEL EFFECTIVE MARCH 11, 2026

Pursuant to 11 U.S.C. §§ 105(a), 327(a), 328(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, Ariane Holtschlag, not individually but solely in her capacity as duly appointed chapter 7 trustee (the "***Trustee***") of the administered bankruptcy estate (the "***Estate***") of QCD Financial, LLC (the "***Debtor***"), respectfully requests that this Court enter an order, substantially in the form of that submitted herewith, authorizing the Trustee to employ Peter N. Metrou and Metrou & Nemiroff, P.C. (collectively, "***Metrou & Nemiroff***") as her special counsel, effective March 11, 2026, for the limited purpose of representing the Trustee in the real estate transactions related to the Lots (defined herein). In support of this application (the "***Application***"), the Trustee relies on the Declaration of Peter N. Metrou (the "***Metrou Declaration***"), which is attached hereto as **Exhibit 1**, and respectfully states and alleges as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "***Case***") and of this Application is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

## BACKGROUND

3. On July 29, 2025 (the "***Petition Date***"), the City of Chicago filed an involuntary petition against the Debtor.

4. On September 15, 2025, this Court entered an order for relief under chapter 7 of title 11, United States Code (the "***Bankruptcy Code***"). Dkt. No. 11.

5. On January 13, 2026, Ariane Holtschlag was elected as trustee in the Case.

6. Among the assets of the Estate are approximately 187 vacant lots (the "***Lots***").

7. The Trustee requires the assistance of a real estate attorney to represent the estate in preparing a uniform sale procedure including a uniform purchase agreement and closing process for the Lots and to effectuate that closing process for each of the Lots.

8. The Trustee has selected Peter N. Metrou and the firm of Metrou & Nemiroff, P.C., to be her real estate attorney for the Lots.

9. The Trustee proposes to retain Metrou & Nemiroff as her real estate attorney on an hourly plus costs basis. All compensation will be subject to further order of this Court.

## BASIS FOR RELIEF

10. A trustee may employ, with the court's approval, one or more attorneys "that do not hold or represent an interest adverse to the Estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under [the Bankruptcy Code]." 11 U.S.C. § 327(a).

11. The Trustee seeks to retain Metrou & Nemiroff as her counsel because (a) Metrou & Nemiroff has extensive experience and knowledge in cases under chapter 7 of the Bankruptcy Code, and is experienced in real estate transactions, and specifically in representing Chapter 7 trustees in real estate transactions; and (b) Metrou & Nemiroff's employment will be efficient and cost effective for the Estate.

12. It is contemplated that Metrou & Nemiroff will seek compensation based upon customary and usual hourly rates and reimbursement of actual out of pocket expenses. All compensation will be subject to further order of this Court.

13. As set forth in the Metrou Declaration, Metrou & Nemiroff believes that it does not hold or represent an interest adverse to the Estate, and that it is a disinterested person within the meaning of § 327(a).

14. Additionally, pursuant to Bankruptcy Rule 2014(a), Metrou & Nemiroff does not have any connections with the Debtors, their creditors, the United States Trustee or any person employed in the office of the United States Trustee, any other party in interest, or their respective attorneys or accountants that require disclosure other than those disclosed in the Metrou Declaration.

15. Under the facts as described herein and in the Metrou Declaration, the Trustee believes that retention of Metrou & Nemiroff satisfies all of the applicable statutory standards enumerated above.

## COMPENSATION

16. Section 328(a) of the Bankruptcy Code permits the Trustee, subject to this Court's approval, to employ or authorize the employment of a professional person under Section 327 "on any reasonable terms and conditions of employment, including … on a contingent fee basis." 11 U.S.C. § 328(a).

17. The Trustee proposes to retain Metrou & Nemiroff under Section 328(a) of the Bankruptcy Code. It is contemplated that Metrou & Nemiroff will seek compensation based upon customary and usual hourly rates and reimbursement of actual out of pocket expenses. All compensation will be subject to further order of this Court.

18. Metrou & Nemiroff understands that any and all compensation for legal services rendered on behalf of the Trustee shall be subject to Court approval, after notice and hearing, and in accordance with applicable sections of the Bankruptcy Code, Bankruptcy Rules, and Local Rules and Procedures. The Trustee requests

that all legal fees and related costs incurred by the Trustee on account of services rendered by Metrou & Nemiroff in this case be paid as an administrative expense of the Estate in accordance with the Bankruptcy Code and any applicable orders entered in this chapter 7 case.

19. Prior to the filing of this Application, the Trustee required that her counsel perform certain routine services. The Trustee requests that her retention of Metrou & Nemiroff be made effective as of March 11, 2026, so that Metrou & Nemiroff may recover for such services.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order (a) granting the Application; (b) authorizing the Trustee to employ Metrou & Nemiroff as her counsel under 11 U.S.C. §§ 327 and 328 on the terms and subject to the conditions set forth herein and in the Metrou Declaration, effective March 11, 2026; and (c) granting such other and further relief as this Court may deem just and appropriate.

Dated: June 23, 2026

Respectfully submitted,

**Ariane Holtschlag,** not individually but as the chapter 7 trustee for QCD Financial, LLC.
By: */s/ Ariane Holtschlag*
One of Her Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**Paulsen & Holtschlag, LLC**
1245 S. Michigan, #115

Chicago, IL 60605
Tel: (773) 645-0737
Email: aholtschlag@ph-firm.com