# Exhibit 1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **QCD Financial, LLC,** | Bankruptcy No. 25-11551 |
| Debtor. | Hon. Michael B. Slade |

## DECLARATION OF PETER N. METROU

I, Peter N. Metrou, hereby state under penalty of perjury, as follows:

1. I am an attorney duly licensed and authorized to practice law, and I am a member in good standing of the Bar of the State of Illinois and the United States District Court for the Northern District of Illinois. I submit this declaration in support of the entry of an order authorizing the retention of myself and Metrou & Nemiroff, P.C. (collectively, the "***Firm***") as special counsel to Ariane Holtschlag, not individually, but solely in her capacity as the case trustee (the "***Trustee***") for the bankruptcy estate (the "***Estate***") of QCD Financial, LLC (the "***Debtor***") in the above captioned Chapter 7 case (the "***Case***") pursuant to 11 U.S.C. §§ 327(a), 328(a) and Bankruptcy Rule 2014, for the limited purpose of transacting sales of various parcels of real estate.

2. I and the partners, staff attorneys and employees of the Firm are experienced in real estate transactions.

3. The Firm is willing to accept employment by the Trustee, on the basis set forth herein and in the annexed application.

4. In connection with representing the Trustee, I have reviewed the list of the Debtor's creditors. Based upon that review, to the best of my knowledge, information and belief, the Firm does not represent or have any other connections to any party in interest in the above captioned case, except that:

a. The Firm in the past has represented, currently represents, and in the future intends to represent, Ariane Holtschlag, not individually, but as trustee for various bankruptcy estates unrelated to the Debtor; and

b. Peter N. Metrou, a current employee of the Firm, is a member of the panel of chapter 7 trustees for the Northern District of Illinois (Eastern Division); and

c. Nick Metrou of Legacy Properties, a Sarah Leonard Company, LLC, a relative of Peter N. Metrou, in the past has represented, currently represents, and in the future intends to represent, Ariane Holtschlag, not individually, but as trustee for various bankruptcy estates including this Estate.

5. No person in the Office of the U.S. Trustee nor the U.S. Trustee is a relation of affiant or the employees of the Firm, as set forth in 11 U.S.C 101 (45). The Firm does not represent or hold any interest adverse to the Debtor or the Estate with respect to the transactions.

6. The Firm has not entered into any arrangement to share any compensation that may be awarded by the Court, except as permitted under section 504(b) of the Bankruptcy Code.

7. The Firm's compensation shall be based upon customary and usual hourly rate of $400.00 per hour for this type of real estate transaction plus reimbursement of expenses.

8. I acknowledge that any and all compensation or reimbursement for fees and costs must be approved by the Bankruptcy Court prior to being paid and/or disbursed.

***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

Dated: 6/22/2026

Peter N. Metrou