**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **QCD Financial, LLC,** | Bankruptcy No. 25-11551 |
| Debtor. | Hon. Michael B. Slade |

## NOTICE OF APPLICATION

**Please take notice** that on **Monday, August 31, 2026, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Michael B. Slade, or any judge sitting in that judge's place, **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse **or** electronically as described below, and present the **Trustee's Application to Employ Donald J. Felton, II and Chicago's Real Estate Agency, LLC as Broker Effective August 7, 2026**, a copy of which is hereby served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is **160 817 7512** and the passcode is **623389**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: August 14, 2026

**Ariane Holtschlag,** not individually, but as the chapter 7 trustee for the bankruptcy estate of QCD Financial, LLC,

By: */s/ Ariane Holtschlag*____________
One of Her Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**Paulsen & Holtschlag, LLC**
1245 S. Michigan, #115
Chicago, IL 60605
Tel: (773) 645-0737
Email: aholtschlag@ph-firm.com

## CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney,

☑ an attorney, certify

—or—

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on August 14, 2026.

*/s/ Ariane Holtschlag*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Elizabeth Conard | ELIZABETH.CONARD@CITYOFCHICAGO.ORG |
| David Paul Holtkamp | David.Holtkamp2@cityofchicago.org, maria.carandang@cityofchicago.org |
| Ariane Holtschlag | aholtschlag@ph-firm.com, aholtschlag_277@ecf.courtdrive.com;Holtschlag.ArianeB138711@notify.bestcase.com |
| Ariane Holtschlag, trustee | aholtschlag@ph-firm.com, aholtschlag@ecf.axosfs.com;bkadmin@axosfs.com;ariane.holtschlag@gmail.com |
| Laura Lefkow-Hynes | laura.lefkow-hynes@cityofchicago.org, COALservice@cityofchicago.org |
| Kristina Anne McClure | kristina.mcclure@cityofchicago.org |
| Saulius Modestas | smodestas@modestaslaw.com |
| Jeffrey K. Paulsen | jpaulsen@ph-firm.com, jpaulsen_418@ecf.courtdrive.com |

**Non-Registrants**
(Service via first-class U.S. Mail)
QCD Financial, LLC
3 Grant Square, #212
Hinsdale, IL 60521

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **QCD Financial, LLC,** | Bankruptcy No. 25-11551 |
| Debtor. | Hon. Michael B. Slade |

## TRUSTEE'S APPLICATION TO EMPLOY DONALD J. FELTON, II AND CHICAGO'S REAL ESTATE AGENCY, LLC AS BROKER EFFECTIVE AUGUST 7, 2026

Pursuant to 11 U.S.C. §§ 105(a), 327(a), 328(a), and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, Ariane Holtschlag, not individually but solely in her capacity as duly appointed chapter 7 trustee (the "***Trustee***") for the bankruptcy estate of QCD Financial, LLC (the "***Debtor***"), respectfully requests that this Court enter an order, substantially in the form of that submitted herewith, authorizing the Trustee to employ Donald J. Felton, II and Chicago's Real Estate Agency, LLC (collectively, the "***Firm***") as her broker effective August 7, 2026. In support of this application (the "***Application***"), the Trustee relies on the Declaration of Donald J. Felton, II (the "***Felton Declaration***") attached as **Exhibit 1** as well as the proposed listing agreement (the "***Listing Agreement***") attached as **Exhibit 2** and states and alleges as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "***Case***") and of this Application is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

## BACKGROUND

3. On July 29, 2025 (the "***Petition Date***"), the City of Chicago filed an involuntary petition against the Debtor.

4. On September 15, 2025, this Court entered an order for relief under chapter 7 of title 11, United States Code (the "***Bankruptcy Code***"). Dkt. No. 11.

5. On January 13, 2026, Ariane Holtschlag was elected as trustee in the Case.

6. Among the assets of the Estate are approximately 187 vacant lots (the "***Lots***"). Of the Lots, approximately 64 of the lots are outside of the Chicago city limits (the "***Suburban Lots***") and the remaining lots are located inside the Chicago city limits (the "***City Lots***").

7. On April 6, 2026, this Court entered an order employing Nick Metrou and the firm of Legacy Properties, A Sarah Leonard Company, LLC to list and market the Suburban Lots.

8. The Trustee now requires the assistance of a broker market and sell the City Lots.

9. Accordingly, the Trustee has selected Donald J. Felton, II and Chicago's Real Estate Agency, LLC, to be her broker for the City Lots.

10. The Trustee proposes to retain the Firm as her broker on the terms and conditions set forth in the listing agreement attached as **Exhibit 2** including a 20% commission due on the sale price, plus a flat fee of $450 per lot.

11. All compensation will be subject to further order of this Court.

## RELIEF REQUESTED

12. The Trustee respectfully requests that the Court authorize her to employ the Firm on the terms and conditions set forth herein and in the Listing Agreement and Felton Declaration.

13. The predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 327(a), 328(a), and 329, as supported by Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

## BASIS FOR RELIEF

14. A trustee may employ, with the court's approval, one or more professional persons "that do not hold or represent an interest adverse to the Estate, and that dare disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under [the Bankruptcy Code]." 11 U.S.C. § 327(a).

15. Section 328(a) of the Bankruptcy Code permits the Trustee, subject to this Court's approval, to employ or authorize the employment of a professional person under Section 327 "on any reasonable terms and conditions of employment, including … on a fixed or percentage fee basis." 11 U.S.C. § 328(a).

16. The Firm is a disinterested party within the meaning of §101(14) of the Bankruptcy Code. In support thereof, Felton Declaration is attached hereto and made a part hereof as Exhibit 1.

17. The Firm is familiar with the area in which the City Lots are located, has substantial experience in marketing similar real estate, and is well-qualified to assist Trustee in marketing the City Lots for sale.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order (a) granting the Application; (b) authorizing the Trustee to employ the Firm as her broker under 11 U.S.C. §§ 327 and 328 on the terms and subject to the conditions set forth herein and in the Listing Agreement and the Felton Declaration effective August 7, 2026; and (c) granting such other and further relief as this Court may deem just and appropriate.

Dated: August 14, 2026

Respectfully submitted,
**Ariane Holtschlag,** not individually, but as the chapter 7 trustee for the bankruptcy estate of QCD Financial, LLC,

By: */s/ Ariane Holtschlag*
One of Her Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)

**Paulsen & Holtschlag, LLC**
1245 S. Michigan, #115
Chicago, IL 60605
Tel: (773) 645-0737
Email: aholtschlag@ph-firm.com