# Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **QCD Financial, LLC,** | Bankruptcy No. 25-11551 |
| Debtor. | Hon. Michael B. Slade |

**DECLARATION OF DONALD J FELTON, II IN SUPPORT OF TRUSTEE'S APPLICATION TO RETAIN REAL ESTATE BROKER**

I, Donald J Felton, II, hereby state under penalty of perjury, as follows:

1. I am a Real Estate Agent licensed by the State of Illinois, with Chicago's Real Estate Agency, LLC. This affidavit is offered in support of the Trustee's Application to Employ Real Estate Broker. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. To the best of my knowledge, neither I, nor any employee of Chicago's Real Estate Agency, LLC hold or represent an interest adverse to the debtor or the bankruptcy estate within the meaning of Section 327(a) of the Bankruptcy Code.

3. To the best of my knowledge, I, Chicago's Real Estate Agency, LLC, and all of its employees are disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and used in Section 327(a).

4. To the best of my knowledge, neither I, nor Chicago's Real Estate Agency, LLC, nor any of its employees or owners have any connections with the debtor, its creditors, the Trustee, the Unites States Trustee, any person employed in the office of the United States Trustee, or any other party in

interest or their respective attorneys, within the meaning of Fed. R. Bankr. P. 2014(a), other than those set forth below:

> I have been employed by this Trustee, Ariane Holtschlag, and other trustees, to sell real estate in bankruptcy cases not related to the present case.

5. I acknowledge that any and all compensation or reimbursement for fees and costs payable to Donald J Felton, II and Chicago's Real Estate Agency, LLC, must be approved by the Bankruptcy Court prior to being paid and/or disbursed.

***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

8/13/2026
_______________________
Executed On:

DocuSigned by:
[signature]
218E10DDB69E4CD...
_______________________
Donald J Felton, II